**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL NO. 3:07CV484**

| | | |
|---|---|---|
| **ASHLEY JOHNSON,** | ) | |
| **BAILEY WALKER, and** | ) | |
| **AMANDA BOSTEDO,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **LOGAN'S ROADHOUSE, CMAC,** | ) | |
| **INCORPORATED d/b/a LOGAN'S** | ) | |
| **ROADHOUSE, and BRETT ZEISS,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendants' motion for admission *pro hac vice* of E. Grantland Burns to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendants' motion is **ALLOWED**, and E. Grantland Burns, is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: November 15, 2007

Martin Reidinger
United States District Judge